# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 218TH JUDICIAL DISTRICT COURT OF LA SALLE COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on March 11, 2015, the cause upon appeal to revise or reverse your judgment between

TK Hanks LP and Paloma Capital LLC, Appellant

V.

Enerfin Field Services LLC, Appellee

No. 04-14-00715-CV and Tr. Ct. No. 11-07-00120-CVL

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's memorandum opinion of this date, the parties' joint motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED.** *See* **TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against the parties who incurred them.** *See* **TEX. R. APP. P. 42.1(d).**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on May 11, 2015.

KEITH E. HOTTLE, CLERK

*Cynthia A. Martinez*
Cynthia A. Martinez
Deputy Clerk, Ext. 53853

**BILL OF COSTS**

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00715-CV

## TK Hanks LP and Paloma Capital LLC

### v.

## Enerfin Field Services LLC

(NO. 11-07-00120-CVL IN 218TH JUDICIAL DISTRICT COURT OF LA SALLE COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | ROY  BARNES |
| MOTION FEE | $10.00 | E-PAID | ROY BARNES |
| MOTION FEE | $10.00 | E-PAID | RANDA  CHANCE |
| INDIGENT | $25.00 | E-PAID | RANDA  CHANCE |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | RANDA  CHANCE |
| FILING | $100.00 | E-PAID | RANDA  CHANCE |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | RANDA  CHANCE |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this May 11, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853